UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-HC-463-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY BOYNES | ) | |
| | ) | |
| | ) | |

This matter comes before the court on the United States' 18 January 2011 motion to file the 17 December 2010 annual forensic update under seal. The motion represents that the respondent does not oppose the motion.

For the reasons stated in the motion, it is ALLOWED. Furthermore, pursuant to Fed. R. Civ. P. 5.2(d), L. Civ. R. 79.2, EDNC, and Section T of the court's CM/ECF Administrative Policy Manual, the court ORDERS that the parties file any future forensic evaluations or other psychological or psychiatric documents in this case under seal, whether such documents are produced by government evaluators, independent examiners appointed by order of this court, or other mental health professionals.

This 18 January 2011.

_____
W. Earl Britt
Senior U.S. District Judge